Case 3:24-cr-08096-GMS    Document 1    Filed 08/27/24    Page 1 of 2

GARY M. RESTAINO
United States Attorney
District of Arizona

ANTHONY W. CHURCH
Assistant United States Attorney
Arizona State Bar No. 021025
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: anthony.church@usdoj.gov
Attorneys for Plaintiff

☒ FILED   ___ LODGED
___ RECEIVED   ___ COPY

AUG 2 7 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-24-8096-PCT-GMS (DMF) |
| Plaintiff, | NO. |
| v. | **INDICTMENT** |
| Donovan Skidmore, | VIO: 18 U.S.C. §§ 1153 and 2111<br>(CIR: Robbery)<br>Count 1 |
| Defendant. | |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about February 7, 2024, in the District of Arizona, within the confines of the Fort Apache Indian Reservation, Indian Country, the defendant, DONOVAN SKIDMORE, an Indian, did by force, violence and intimidation take or attempt to take United States currency, things of value, from the person or presence of L.C.

In violation of Title 18, United States Code, Sections 1153 and 2111.

A TRUE BILL

*s/*_____

FOREPERSON OF THE GRAND JURY
Date: August 27, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/*_____

ANTHONY W. CHURCH
Assistant U.S. Attorney

-2-